**No. 11-5963. Wallace C. Jones, Jr., Petitioner v. Florida.**

565 U.S. 981, 132 S. Ct. 503, 181 L. Ed. 2d 354, 2011 U.S. LEXIS 7806, ■■■■

October 31, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Third District, denied.

Same case below, 63 So. 3d 772.